IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:14-HC-2251-D

| JEROME VAN BUREN, | ) | |
|---|---|---|
| Petitioner, | ) | |
| v. | ) | MOTION TO DISMISS |
| | ) | OR IN THE ALTERNATIVE |
| KENNY ATKINSON | ) | MOTION FOR SUMMARY JUDGMENT |
| Respondent. | ) | |

The Respondent, Warden Kenny Atkinson, by and through the United States Attorney for the Eastern District of North Carolina, hereby submits this Motion to Dismiss or, in the alternative, Motion for Summary Judgment, pursuant to Fed. R. Civ. P. 12(b)(6) and 56. A memorandum of law in support of this motion is being filed herewith.

Respectfully submitted this 1st day of June, 2015.

    THOMAS G. WALKER
    United States Attorney

    By:   /s/ Robert J. Dodson
    ROBERT J. DODSON
    Special Assistant U.S. Attorney
    U.S. Attorney's Office
    Civil Division
    310 New Bern Avenue, Suite 800
    Raleigh, NC  27601-1461
    Telephone:  (919) 856-4530
                (919) 575-3900 x 6779
    Facsimile:  (919) 856-4821
    Email: robert.dodson2@usdoj.gov
    N.C. Bar # 41210
    Attorney for the Respondent

CERTIFICATE OF SERVICE

This is to certify that I have this 1st day of June, 2015, served a copy of the foregoing upon the Petitioner in this action, a non-CM/ECF participant, by placing a copy of the document in an envelope in the U.S. Mail, addressed as follows:

>Jerome Van Buren
>Reg. No. 24245-056
>Butner F.M.C.
>P.O. Box 1600
>Butner, NC 27509

>/s/ Robert J. Dodson
>ROBERT J. DODSON
>Special Assistant U.S. Attorney
>U.S. Attorney's Office
>Civil Division
>310 New Bern Avenue, Suite 800
>Raleigh, NC  27601-1461
>Telephone:  (919) 856-4530
>            (919) 575-3900 x 6779
>Facsimile:  (919) 856-4821
>Email: robert.dodson2@usdoj.gov
>N.C. Bar # 41210
>Attorney for the Respondent